UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Teresa Myers-Thompson
Debtor

Fay Servicing, LLC as servicer for
Wilmington Trust, National
Association, not in its individual
capacity, but solely as trustee for
MFRA Trust 2014-2
Movant

v.

Teresa Myers-Thompson
Kenneth E. West - Trustee
Respondents

Case No.: 24-10036-amc

Chapter: 13

Judge: Ashely M. Chan

**ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this _____ day of _____ , 2024, upon consideration of the Certification of

Default filed by Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its

individual capacity, but solely as trustee for MFRA Trust 2014-2, and with good cause therefore, it is

**ORDERED AND DECREED** that Movant (and any assignee/successor-in-interest) is granted

relief from the stay pursuant to 11 U.S.C. § 362(d)(4), for in rem relief from the automatic stay with

respect to the real property 303 Crest Park Rd, Philadelphia, PA 19119;  pursuant to 11 U.S.C. § 362

(d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce

its mortgage on the Debtor`s premises; vacating the co-debtor stay in effect pursuant to 11 U.S.C. §

1301(a); and it is

**ORDERED AND DECREED** that Movant is granted relief from the stay of 11 U.S.C. §362 to

proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and

federal law) concerning the Property; and it is

**FURTHER ORDERED and DECREED** that automatic stay under 11 USC §362 with regard to

the Property (and Debtor and any Co-Debtor) shall not arise as to Movant in this Bankruptcy or any other

Bankruptcy filed within two years from the date the instant case is either dismissed or otherwise

terminated; and it is

**FURTHER ORDERED and DECREED** that Movant may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Movant with regard to the Property and Debtor for a period of two years from the date of this Order; and it is

**FURTHER ORDERED and DECREED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1;  and it is further

**FURTHER ORDERED and DECREED** that the 14-day stay pursuant to Rule 4001(a)(3) is hereby waived and Debtor will not be considered current with Movant at the conclusion of the instant case. The fees and costs set forth in this Motion shall be paid by Debtor and be due and payable under the terms of the Note and Mortgage.

BY THE COURT:

**Date: February 14, 2025**

_____

U.S.B.J.